IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| PATRICIA WATERS, et al., § | |
| § | |
| Appellants, § | |
| § | Civil Action |
| v. § | No. C-07-87 |
| § | |
| GULF ATLANTIC OPERATIONS, LLC, § | |
| et al., § | |
| § | |
| Appellees. § | |

### ORDER

On this day came on to be considered the motion of Appellants Patricia A. Waters, Henry Wuertz, Steven Frietsch, Gulf Atlantic Holdings, LLC and Dunhill Products, L.P. (together, "Appellants") for an extension of time to file their Appellants' brief in the above-styled action (D.E. 5). The Court hereby GRANTS Appellants' motion for an extension of time, and Appellants' brief is due on April 23, 2007.

SIGNED and ENTERED this 2nd day of April, 2007.

_____
Janis Graham Jack
United States District Judge