IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| PATRICIA WATERS, et al., § | |
| § | |
| Appellants, § | |
| § | Civil Action |
| v. § | No. C-07-87 |
| § | |
| GULF ATLANTIC OPERATIONS, LLC, § | |
| et al., § | |
| § | |
| Appellees. § | |

**FINAL JUDGMENT**

Pursuant to the Court's June 4, 2007 Order GRANTING the appellants' unopposed motion to dismiss the above-styled bankruptcy appeal (D.E. 8), the Court hereby enters final judgment DISMISSING the above-styled action with prejudice.

SIGNED and ENTERED this 8th day of June, 2007.

_____
Janis Graham Jack
United States District Judge